# PLAINTIFF'S EXHIBIT INDEX TO COMPLAINT

Plaintiff Keneisha Smith submits the following exhibits in support of her Complaint:

| Exhibit | Description |
|---|---|
| **Exhibit A** | Call Log – Insure Choice Group National Do Not Call Registry |
| **Exhibit B** | Confirmation for Telephone Number Ending in 1035 |
| **Exhibit C** | November 24, 2025 Email from Revekah Espina / Insure Choice Group with Molina-Related Links |
| **Exhibit D** | Redacted Molina Healthcare Policy Screenshot / Agent-of-Record Evidence |

| | |
|---|---|
| **Exhibit E** | December 17, 2025 Follow-Up Email from Revekah Espina / Insure Choice Group |
| **Exhibit F** | Insure Choice LLC Wyoming Secretary of State Business Filing |
| **Exhibit G** | Insure Choice LLC / Insure Choice Group Privacy Policy |
| **Exhibit H** | Revekah Espina Florida License / NPN / Appointment Record |