| DATE | TIME | CALLER ID | NOTES | |
|---|---|---|---|---|
| 11-14-2025 | 11:06 AM | 352-781-1610 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 1 | |
| 11-14-2025 | 12:49 PM | 352-440-3767 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 2 | |
| 11-14-2025 | 5:52 PM | 352-565-7214 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 3 | |
| 11-14-2025 | 6:59 PM | 352-204-6159 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 4 | |
| 11-15-2025 | 11:57 AM | 352-534-8408 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 5 | |
| 11-16-2025 | 12:59 PM | 352-360-7564 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 6 | |
| 11-17-2025 | 10:00 AM | 352-977-0405 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 7 | |
| 11-17-2025 | 10:00 AM | 352-444-7023 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 8 | |
| 11-17-2025 | 11:23 AM | 352-753-0071 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 9 | |
| 11-17-2025 | 12:19 PM | 352-400-7853 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 10 | |
| 11-18-2025 | 10:26 AM | 352-609-7237 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 11 | |
| 11-18-2025 | 10:33 AM | 352-702-3012 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 12 | |
| 11-18-2025 | 11:20 AM | 352-767-2396 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 13 | |
| 11-19-2025 | 8:00 AM | 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 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 14 | |
| 11-19-2025 | 10:18 AM | 352-910-2570 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 15 | |
| 11-19-2025 | 12:33 PM | 352-751-0150 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 16 | |
| 11-20-2025 | 7:01 AM | 352-352-4347 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 17 | |
| 11-20-2025 | 8:57 AM | 352-569-0981 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 18 | |
| 11-20-2025 | 5:10 PM | 352-669-2608 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 19 | |
| 11-21-2025 | 9:12 AM | 352-681-4514 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 20 | |
| 11-21-2025 | 3:47 PM | 352-751-7057 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 21 | |
| 11-21-2025 | 5:14 PM | 352-326-5801 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 22 | |
| 11-22-2025 | 12:35 PM | 352-483-7036 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 23 | |
| 11-23-2025 | 10:59 PM | 352-292-4803 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 24 | |
| 11-23-2025 | 11:38 PM | 352-435-7210 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 25 | |
| 11-23-2025 | 1:48 PM | 352-515-2374 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 26 | |
| 11-23-2025 | 2:49 PM | 352-260-0841 | Unauthorized automated solicitation call from "healthcare marketplace" DNC request # 27 | |
| 11-24-2025 | 10:00 AM | 352-676-0382 | Unauthorized automated solicitation call from "healthcare marketplace" | call was place by rep stating he was calling from the market place, states that he is updating my current plan for the upcoming new year, ask for name dob zip code and annual income and was placed on hold to transfer me to an agent who would assist me, the agent was unable to connect me and ask if i had an alternate phone number which i provided. |
| 11-24-2025 | 10:12 AM | 321-800-2670 | Unauthorized automated solicitation call from "healthcare marketplace" | The same agent then called me on my alternate phone number and conneted my call to insurance agent, as me and agent Revekah were speaking the call was very hard to hear which then Revekah then requested to disconnect and call be back |
| 11-24-2025 | 10:23 AM | 512-631-3576 | Unauthorized automated solicitation call from "healthcare marketplace" | Revekah called me back from this number and proceeded to go over available insurance plan through molina that was available. |

Gmail

**Keneisha Smith <ksmith20250@gmail.com>**

---

# National Do Not Call Registry - Your Registration Is Confirmed

1 message

---

**Verify@donotcall.gov** <Verify@donotcall.gov> Wed, Aug 13, 2025 at 12:33 PM
To: ksmith20250@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1035 on September 01, 2024. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

From: **Revekah Espina** revekah@insurechoicegroup.com

Subject: **Fwd:**

Date: **November 24, 2025 at 10:22:49 AM**

To: **Keneisha.smith1@icloud.com**

find your provider
https://molina.sapphirethreesixtyfive.com/?ci=fl-marketplace&network_id=

additional state benefits
benefits.gov

From: Revekah Espina revekah@insurechoicegroup.com

Subject: Fwd:

Date: November 24, 2025 at 10:28:40 AM

To: Keneisha.smith1@icloud.com

---

**Policies**

**Active Policies**

MOLINA HEALTHCARE

Molina Healthcare

Molina Bronze Premier with $0 Medical Deductible - HMO

☆☆☆☆☆

BRONZE

Monthly Premium [redacted]

Deductible: [redacted]

Out-of-pocket max: [redacted]

Generic drugs: [redacted]

Primary Doctor: [redacted]

| | |
|---|---|
| Members: | Keneisha smith |
| Effective date: | 01/01/2026 |
| Expiration date: | 12/31/2026 |
| Agent of Record: | Revekah Espina #19717972 |
| Status | Active |

Subscriber ID: [redacted]

Carrier phone: [redacted]

Payment phone: [redacted]

**STATE OF WYOMING • SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

# Filing Information

⚠ Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | **Insure Choice LLC** | | |
| **Filing ID** | **2021-001059931** | | |
| Type | Limited Liability Company | Status | Active |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 12/13/2021 10:33 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

30 N Gould St
Ste R
Sheridan, Wyoming 82801

**Mailing Address**

30 N Gould St
Ste R
Sheridan, Wyoming 82801

**Registered Agent Address**

Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

**Parties**

| Type | Name / Organization / Address |
|---|---|
| Organizer | Registered Agents Inc 30 N Gould St Ste R, Sheridan, WY 82801 |

**Notes**

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | **Insure Choice LLC** | | |
| **Filing ID** | **2021-001059931** | | |
| Type | Limited Liability Company | Status | Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2025 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 13593464 |
| AR Date | 9/21/2025 8:10 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|

| Principal Address | Mailing Address |
|---|---|
| 30 N Gould St<br>Ste R<br>Sheridan, Wyoming 82801 | 30 N Gould St<br>Ste R<br>Sheridan, Wyoming 82801 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 07749214 | Original | 10/17/2022 | 2022 | $60.00 |
| 09073104 | Original | 09/05/2023 | 2023 | $60.00 |
| 10412111 | Original | 09/04/2024 | 2024 | $60.00 |
| 13593464 | Original | 09/21/2025 | 2025 | $60.00 |

Principal Address 1 Changed From: 30 N Gould St Ste 23847 To: 30 N Gould St
Principal Address 2 Changed From: No value To: Ste R
Principal State Changed From: WY To: Wyoming

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2024-004932646 | RA Information Change | 06/10/2024 |
| See Filing ID | Initial Filing | 12/13/2021 |

From: **Revekah Espina** revekah+insurechoicegroup.com@mg.msgsndr.org

Subject: **Checking In**

Date: **December 17, 2025 at 10:42:27 AM**

To: **keneisha.smith1@icloud.com**

Hi again Keneisha, it's Revekah from Insure Choice Group. I wanted to check in and confirm you have received your Member ID Cards and plan documents from . If not, please let us know.

Lastly, if you know anyone that wants to see if they qualify for a plan like yours, please give them the following link – https://services.msgsndr.com/urls/l/xrQTuFPpjU As always, if I can be of further service please don't hesitate to text or email.

If you no longer wish to receive these emails you may unsubscribe

← Back to Home

# Privacy Policy

Effective Date: January 5, 2023

Date Last Updated: October 1, 2023

## 1. Introduction

If you are a California resident, see Section 1:

Thank you for your interest in Insure Choice,
committed to protecting the privacy of those
("Statement") contains details about how we
(defined below) that we obtain from you whe
below), email, mobile application, social med
communication channels (including online ch
interactions and services, and from other sou

Please read this Statement carefully. It applie
Choice, and our other websites where we po

### Applicability:

We collect personal information in several co

BLAISE INGOGLIA
CHIEF FINANCIAL OFFICER
STATE OF FLORIDA

Licensee Search

# Licensee Detail

**License #:** G037484

**Business Address:** 10939 LIBERTY RD
RANDALLSTOWN, MD 211331010

**Email:** REVEKAH.E@GMAIL.COM

**County:**

## Continuing Education Statistics

**CE Due Date:** 4/30/2026

**Number of Hours Required:** 0

## Valid Licenses

| Type | Issue Date | Qualifying Appointme |
|---|---|---|
| NONRESIDENT HEALTH (0840) | 8/29/2023 | YES |
| NONRES GEN LINES (PROP & CAS) (0920) | 10/29/2024 | YES |