UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENEISHA SMITH,

Plaintiff,

v. Case No: 5:26-cv-355-JSS-PRL

INSURE CHOICE LLC.,

Defendant.
___________________________________/

**ORDER TO SHOW CAUSE**

Upon review, the parties have failed to comply with the court's Order (Dkt. 21) of September 11, 2026, directing the parties to file a Mediation Notice that identifies the selected mediator and sets the date and place for the mediation conference within thirty (30) days.

Therefore, it is **ORDERED** that the parties shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**ORDERED** in Orlando, Florida, on October 14, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties