**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CASE NO. 5:26-cv-00355-JSS-PRL**

KENEISHA SMITH,

Plaintiff,

v.

INSURE CHOICE LLC d/b/a INSURE
CHOICE GROUP,

Defendant.
___________________________________/

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Keneisha Smith and Defendant Insure Choice LLC (collectively, the "Parties"), jointly respond to the Court's Order to Show Cause and state:

1. The Parties acknowledge the Court's Order to Show Cause concerning the filing of the mediation notice.

2. The Parties have scheduled mediation for November 11, 2026, with mediator Stephen D. Spivey.

3. The Parties intend to participate in mediation in good faith in an effort to resolve this matter without further litigation.

4. The Parties anticipate that a Notice of Mediation confirming the scheduled mediation will be filed shortly.

WHEREFORE, the Parties respectfully request that the Court accept this Joint Response, discharge the Order to Show Cause, and grant such further relief as the Court deems appropriate.

Respectfully submitted,

**Dated:** October 27, 2026

**By:** */s/ Matthew Baez*
**MATTHEW BAEZ, ESQ.**
**Florida Bar No. 1015227**
**Intercom Media, LLC**
**5201 Blue Lagoon Drive, 8th Floor**
**Miami, FL 33126**
**Telephone: (646) 432-5042 x302**
**Matthew@intercommedia.com**
***Of Counsel for Defendant Insure Choice LLC***
***d/b/a Insure Choice Group***

**By:** Keneisha Smith
**KENEISHA SMITH**
**Plaintiff, Pro Se**
**113 Shilioh Ave**
**Lady Lake, FL 32159**
**Telephone: (352) 431-1035**
**Keneisha.smith1@icloud.com**

LOCAL RULE 3.01(g) CERTIFICATE

The parties certify that they conferred by email on October 27, 2026, and jointly agree to this joint response.